PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey

### Petition for Warrant or Summons for Offender Under Supervision

RECEIVED

2005 NOV 28  P 2: 59

Name of Offender: Mumin Muhammad (a/k/a Kyree Muhammad)        Cr.: 99-00756-004

Name of Sentencing Judicial Officer: The Honorable John C. Lifland

Date of Original Sentence: 08-02-00

Original Offense: Conspiracy to Distribute Heroin

Original Sentence: 65 months imprisonment; 5 years supervised release

Type of Supervision: Supervised Release        Date Supervision Commenced: 01-18-05

Assistant U.S. Attorney: Carolyn Murray        Defense Attorney: Robert Haney, Esq.

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On November 16, 2005, in Newark, New Jersey, the offender was arrested at his alleged place of employment, MJ Clothing LLC, by the Newark Police Department and charged with possession of heroin (152 decks of heroin), distribution of heroin, conspiracy to possess with intent to distribute heroin, commission of a CDS offense in a school zone (Gladys Hillman Elementary School), and unlawful possession of a weapon (two semiautomatic handguns). |
| 2 | The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**' |
| | The offender was arrested by the Newark Police Department on November 16, 2005, and he was released on bail on November 21, 2005. The offender did not notify the probation officer within 72 hours of this arrest. |

PROB 12C - Page 2
Mumin Muhammad

3      The offender has violated the supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**'

On November 16, 2005, the offender was arrested with Lamont Cruz, a convicted felon who was paroled by the New Jersey Department of Corrections on November 1, 2005. Muhammad and Cruz were charged with conspiring with one another to possess with intent to distribute heroin.

I declare under penalty of perjury that the foregoing is true and correct.

By: Donald L. Martenz, Jr.
U.S. Probation Officer

Date: November 28, 2005

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

11/28/05
Date

PROB 20
(Rev. 8/91)

# PERSONAL HISTORY OF ABSCONDER

TO: U.S. Marshal, Warrant Supervisor

FROM: Donald L. Martenz, Jr.

OFFICE: 20 Washington Place, 6th Floor, Newark, NJ 07102

PHONE NO.: (973) 645-6161

DATE: 11-23-05

IN CUSTODY NOW:   Yes [X]   NO [ ]

TYPE OF WARRANT:

Supervised Release   [X]

PHOTO AVAILABLE: Yes [X]   NO [ ]

WHERE:  Essex County Jail

---

***
RE:   MUHAMMAD (Last)   MUMIN (First)   (Middle)

SEX: Male   RACE: Black Non Hispanic

DATE OF BIRTH: 01-27-79   PLACE OF BIRTH: NJ

HT: 5 feet 11 inches   WT: 195 lbs.   EYES: Brown   HAIR: Black

***(NOTE: This info required for NCIC)

---

| COMPLEXION: Dark | SCARS, TATTOOS, DEFORMITIES, OTHER ID MARKS: N/A |
|---|---|
| FBI #: 825613CB1 | SOCIAL SECURITY NUMBER: 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 |
| LOCAL POLICE #: N/A | DOCKET #: 99-00756-004 |
| DRUG USE:   Yes [ ]   NO [X] | ALIASES: Kyree Muhammad; Mo-Mumin Muhammad |

LAST KNOWN OR CURRENT ADDRESS: 34 Delavan Place, 1st Floor, Newark, NJ

LAST KNOWN OR CURRENT TELEPHONE NO.: (973) 481-5545

FORMER PHONE NOS.:

FORMER ADDRESSES AND DATES: 41 Lincoln Avenue, 1st Floor, Newark, NJ

DATE, PLACE, OFFENSE, AND AGENCY RESPONSIBLE FOR ARREST RESULTING IN SUPERVISION PLACEMENT:

02-11-99; Newark, NJ; Conspiracy to distribute heroin; FBI

| DATE OF LAST KNOWN ARREST: 11-17-05 | PLACE: Newark, NJ |
|---|---|

NATURE OF ARREST: Possession of a firearm (two handguns); distribution of CDS (152 decks of heroin)

VIOLENT HISTORY (Type): Aggravated Assault; discharge of a handgun

DATE OF LAST FACE-TO-FACE CONTACT WITH PROBATION OFFICER: 10/25/05

PROB20  
(Rev. 8/91)

Page 2  
MUHAMMAD

| | |
|---|---|
| **DOES SUBJECT KNOW WARRANT HAS BEEN ISSUED?** | Yes [ ]   NO [X]** |

| **NEXT KNOWN COURT APPEARANCE:** | Date: N/A | Location: | Type: |
|---|---|---|---|

**KNOWN CO-DEFENDANTS AND ASSOCIATES AND AREAS SUBJECT MAY FREQUENT** (names, aliases, addresses):

**KNOWN FAMILY AND RELATIVES** (name, relation, address, phone no.):  
Lakeisha Harris (girlfriend), 34 Delavan Place, First Floor, Newark, NJ

| **OCCUPATION:** Sales | **DATE OF LAST EMPLOYMENT:** 11-16-05 |
|---|---|

**LAST EMPLOYER AND ADDRESS:** MJ Clothing LLC, 52 Broadway, Newark, NJ

**AUTOMOBILE, DESCRIBE:** Girlfriend's last known vehicle: silver Volkswagen Jetta (NJ tag NWH77E)

| **AUTO LICENSE NO., IF KNOWN:** | **AUTO LICENSE STATE:** |
|---|---|

**OTHER RELATIVE INFORMATION:** **An anonymous female caller (suspected to be offender's girlfriend, Lakeisha Harris) has called several times and asked if a warrant has been issued against offender.

**NAME AND TELEPHONE NO. OF PROBATION OFFICER:** Donald L. Martenz, Jr., (973) 645-6161, Cell: (973) 223-0236

**NAME OF CHIEF PROBATION OFFICER OR SUPERVISOR:** Mark Hengemuhle, SUSPO